**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

LAYNE GEOCONSTRUCTION
Division of Layne Christensen Company,

    Plaintiff,

  v.                                                   Case No. 03-C-0692

KUHLMAN, INCORPORATED,

    Defendant and Third-Party
    Plaintiff,

  v.

FES SYSTEMS, INC. and FES MIDWEST, INC.,

    Third-Party Defendants-Fourth-
    Party Plaintiff,

  v.

APV NORTH AMERICA, INC.,

    Fourth-Party Defendant-Fifth-
    Party Plaintiff,

  v.

THERMOPOWER CORPORATION

    Fifth-Party Defendant.

## **ORDER FOR DISMISSAL**

IT IS HEREBY ORDERED that upon the foregoing Stipulation, this action, including all claims, counterclaims and cross-claims that were or could have been asserted by any party, be, and is hereby, dismissed with prejudice and without costs to any party, each party to bear its own legal and other costs and expenses.

Dated this 10th day of April, 2006.

                                              BY THE COURT:

                                             s/ Rudolph T. Randa

                                             Chief Judge